JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Medcursor Inc., <br><br> Plaintiff, <br><br> v. <br><br> Defendants Shenzhen KLM Internet Trading Co., Ltd., URPOWER, INC, and Yuqin Peng, <br><br> Defendants. | Case No. 2:21-CV-02843-AB (AFMx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

    Pursuant to the Parties' Stipulation under Federal Rule of Civil Procedure 1(a)(1)(A)(ii) and the Court having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed as to all claims, counter-claims, and parties with prejudice.  Each party is to bear their own attorneys' fees and costs.  This Court retains full jurisdiction over this action, including to reopen the action, upon good cause showing within 30 days, if settlement is not consummated.  This Order shall not prejudice any party to this action.  All pending and future dates in the matter are vacated.

Dated: August 26, 2021

                                          HONORABLE ANDRÉ BIROTTE JR. <br>
                                          UNITED STATES DISTRICT COURT JUDGE